AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| HEIDY KIM, on behalf of herself and all others similarly situated | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No.  19-CV-269 |
| v. | ) ) | |
| SR Homecare of NY, Inc. a/k/a SR Home Care of NY Inc., et al., | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert L. Lash
Scott K. Hur
HUR & LASH, LLP
390 Fifth Avenue, Suite 900
New York, NY 10018
(212) 468-5590

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date:    1/14/2019                                    /s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-CV-269

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## RIDER TO SUMMONS
### (Names and Addresses of Defendants to be Served)

**SR Homecare of NY, Inc. a/k/a SR Home Care of NY Inc.**
37-10 149th Place, Suite 1B
Flushing, New York 11354

**Evergreen Adult Day Care in Flushing Inc.**
37-10 149th Place, Suite 1A
Flushing, New York 11354

**Evergreen Adult Day Care in NY Inc.**
14918 41st Avenue
Flushing, New York 11355

**Evergreen Adult Daycare Center Inc.**
150-12 Roosevelt Avenue
Flushing, New York 11354

**Evergreen Flushing New York LLC**
142-25 37th Avenue, 1st Floor
Flushing, New York 11354

**Elim Home Care Agency, LLC**
42-51 160th Street
Flushing, New York 11358

**James Koo**
150-12 Roosevelt Avenue
Flushing, NY 11354

**H J Koo a/k/a Tommy Koo**
150-12 Roosevelt Avenue
Flushing, NY 11354

**Hellen Kang**
42-19 Bell Boulevard
Bayside, NY 11361

**So Mi Shin**
42-19 Bell Boulevard
Bayside, NY 11361.

**Yang Yim Kang**
150-12 Roosevelt Avenue
Flushing, NY 11354

**Yang Sil Kang a/k/a Yoon Hee Kang**
37-10 149th Place, Suite 1B
Flushing, NY 11354

**Sung Jun Shim**
37-10 149th Place
Flushing, New York 11354

**Hye Ran Kim**
37-10 149th Place, Suite 1B
Flushing, NY 11354